```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 28930
   WILLIE FIELDS JR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0206

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 10/27/2008 and was not confirmed.

   The case was dismissed without confirmation 11/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY           .00                            .00
TOM VAUGHN            TRUSTEE                                              .00
DEBTOR REFUND         REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------       --------------
TOTALS                        .00                    .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 02/24/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```